UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

09-38193

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Benjamin Karl Bagley**        JOINT DEBTOR: **Rebecca Starr Bagley**        CASE NO.: _____
Last Four Digits of SS#    xxx-xx-5574        Last Four Digits of SS#  xxx-xx-2695

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __1,530.24__ for months __1__ to __60__ ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ __3,000.00__    TOTAL PAID $ __3,000.00__
                 Balance Due      $ __-NONE-__ payable $ _____ /month  (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

__-NONE-_____    Arrearage on Petition Date  $ _____
Address: _____   Arrears Payment  $ _____ /month  (Months _ to _)
Account No: _____   Regular Payment  $ _____ /month  (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

__-NONE-_____  Total Due  $ _____
                    Payable    $ _____ /month  (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **1,391.13** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

**Special Intentions:**
Bank of America: Debtor will pay claim directly at 117.00 per month.
GE Money Bank/American Honda: Debtor will pay claim directly at 75.00 per month.
Gmac Mortgage: Debtor will pay claim directly at 820.00 per month.
Home Coming Funding: Debtor will pay claim directly at 179.00 per month.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____        _____
Benjamin Karl Bagley                    Rebecca Starr Bagley
Debtor                                  Joint Debtor
Date: 12/17/09                          Date: 12/17/09

LF-31 (rev. 06/02/08)